UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JUAN CARLOS GIL, on his own behalf
and on behalf of all other individuals
similarly situated

      Plaintiff,

v.                                        Case No:   2:17-cv-464-FtM-38CM

LEE HEALTH,

      Defendant.
_____/

### RELATED CASE ORDER AND ADA TITLE III TRACK TWO NOTICE

It is **ORDERED** that, no later than **fourteen (14) days** from the date of this Related Case Order and ADA Title III Track Two Notice, counsel and any *pro se* litigant must comply with Local Rule 1.04(d), and must file and serve a certification as to whether this case should be designated as a similar or successive case pursuant to Local Rule 1.04(a) or (b).  The parties must use the attached form titled, "Notice of Pendency of Other Actions."

It is **FURTHER ORDERED** that, in accordance with Local Rule 3.05, this action is designated a Track Two case.  However, pursuant to Federal Rule of Civil Procedure 16, the Court finds it necessary to issue a scheduling order tailored for the circumstances of case, which has been brought under Title III of the Americans With Disabilities Act ("ADA").  Accordingly, the requirements under Federal Rule Civil Procedure 26(a)(1) and Local Rule 3.05, which govern initial disclosures and the filing of a case management report, are **STAYED**.   Instead, the parties must comply with the ADA Title III Scheduling Order, which the Court will enter after the appearance of the first defendant.

It is **FURTHER ORDERED** that, Plaintiff (or Defendant in a removal case) must serve a copy of this Order on any Defendant, who is served with process after the date of this Order, no later than **fourteen (14) days** after appearance of the party.

**DONE** and **ORDERED** in Fort Myers, Florida on this 21st day of August, 2017.

| /s/ SHERI POLSTER CHAPPELL | /s/ JOHN E. STEELE |
|---|---|
| Sheri Polster Chappell | John E. Steele |
| United States District Judge | Senior United States District Judge |

| /s/ CAROL MIRANDO | /s/ MAC R. MCCOY |
|---|---|
| Carol Mirando | Mac R. McCoy |
| United States Magistrate Judge | United States Magistrate Judge |

Copies: All Parties of Record

Attachment:  Notice of Pendency of Other Actions

**Note: A Consent to Magistrate Judge Form, the Middle District of Florida's Local Rules, and other important information may be found on the Court's website at** www.flmd.uscourts.gov

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JUAN CARLOS GIL, on his own behalf
and on behalf of all other individuals
similarly situated

       Plaintiff,

v.                                                Case No:  2:17-cv-464-FtM-38CM

LEE HEALTH,

       Defendant.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that this case:

_____   **IS** related to pending or closed civil or criminal case(s) filed in the Court, or in any other Federal or State court, or administrative agency as provided below:

_____
_____
_____
_____
_____
_____
_____

_____   **IS NOT** related to any pending or closed civil or criminal case(s) filed in the Court, or in any other Federal or State court, or administrative agency as provided below:

I further certify that I will serve a copy of this Notice of Pendency of Other Actions on each party no later than **fourteen (14) days** after appearance of the party.

Date: _____

_____      _____
[Counsel of Record or *Pro Se* Party]      [Counsel of Record or *Pro Se* Party]

3

[Address and Telephone]     [Address and Telephone]